**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **CHARLES EDWARD JORDAN, JR.** | **PLAINTIFF** |
| **V.** | **CAUSE NO. 4:26-CV-00101-RP** |
| **SUPERINTENDENT SEQUEIA WREN, et al.** | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day, this case is **DISMISSED with prejudice**. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 10th day of September, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE