**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **CHARLES EDWARD JORDAN, JR.** | **PLAINTIFF** |
| **V.** | **CAUSE NO. 4:26-CV-00101-RP** |
| **SUPERINTENDENT SEQUEIA WREN, et al.** | **DEFENDANTS** |

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

This matter comes before the Court on the *pro se* Plaintiff's second motion [16] for reconsideration of the Court's September 10, 2026, Memorandum Opinion and Order and Final Judgment dismissing this action with prejudice for failure to state a claim upon which relief can be granted. *See* Doc. #s 12, 13. Plaintiff previously moved for reconsideration on October 8, 2026. Doc. # 14. Plaintiff largely repeats the same factual allegations and legal arguments as those previously propounded and rejected in his complaint, his response to the show cause order, and his first motion for reconsideration. *See* Doc. #s 1, 11, 14. Plaintiff clearly *believes* he has been subjected to unfair treatment in the handling of custodial classification/housing assignments and punishment procedures resulting in rule violation reports. This belief notwithstanding, for the same reasons as those set forth in the Court's October 14, 2026, Order denying Plaintiff's first motion for reconsideration, Plaintiff has again failed to demonstrate that reconsideration is warranted. At bottom, Plaintiff's arguments would not and do not alter the outcome of the proceeding. Accordingly, Plaintiff's second motion [16] for reconsideration is not well-taken and is, therefore, **DENIED**.

**SO ORDERED**, this the 16th day of November, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE